IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUN LIFE ASSURANCE COMPANY OF
CANADA (U.S.),

    Interpleader Plaintiff,

v.

KATHRYN RIDDELL, PAUL RIDDELL,
GENE MCFADDEN and HUA MENG,

    Interpleader Defendants.

ORDER

14-cv-167-wmc

---

On December 18, 2014, this court was provided a certified copy of the Order for Distribution of Annuity Proceeds singed by Judge Stephen M. Halsey of the District Court for the County of Wright, Minnesota, on December 10, 2014, along with correspondence by counsel for Paul Riddell, Personal Representative of the Estate of John A. Riddell, providing notice of entry of that order to all interested parties. (Dkt. #26.) There being no objection raised to this court acting consistent with Judge Halsey's order,

IT IS ORDERED THAT:

> The entire proceeds in dispute and currently held on deposit with the U.S. District Court, Western District of Wisconsin, in the case entitled, Sun Life Assurance Company of Canada, US v. Riddell, Kathryn, et al., case number 14-CV-00167, in the amount of $30,201.97 (subject to market fluctuations) shall be released to Paul Riddell, as Personal Representative of the Estate of John A. Riddell, deceased, for distribution in accordance with the terms of the decedent's Will.

Entered this 5th day of January, 2015.

BY THE COURT:

William M. Conley
District Judge